# WARRANT FOR ARREST

CO-180 (Rev. 4/02)

| UNITED STATES DISTRICT COURT | FOR THE DISTRICT OF COLUMBIA | |
|---|---|---|
| UNITED STATES OF AMERICA<br><br>**SEALED**<br><br>v.<br><br>CINQUAN BLAKNEY, et. al. | DOCKET NO:<br>06-21-8 | MAGIS. NO: |
| | NAME & ADDRESS OF INDIVIDUAL TO BE ARRESTED<br><br>Donovan Bostick | |
| DOB:            PDID: | **FILED**<br><br>AUG 3 0 2006<br><br>NANCY MAYER WHITTINGTON, CLERK<br>U.S. DISTRICT COURT | |
| WARRANT ISSUED ON THE BASIS OF: INDICTMENT | DISTRICT OF ARREST | |
| TO: ANY UNITED STATES MARSHAL OR OTHER AUTHORIZED OFFICER | CITY | |

YOU ARE HEREBY COMMANDED to arrest the above-named person and bring that person before the nearest available Magistrate Judge to answer to the charge(s) listed below.

## DESCRIPTION OF CHARGES

CONSPIRACY TO DISTRIBUTE AND POSSESS WITH INTENT TO DISTRIBUTE HEROIN, COCAINE, COCAINE BASE, PHENCYCLIDINE, AND MARIJUANA;
UNLAWFUL POSSESSION WITH INTENT TO DISTRIBUTE 100 GRAMS OR MORE OF HEROIN;
UNLAWFUL POSSESSION WITH INTENT TO DISTRIBUTE HEROIN;
UNLAWFUL POSSESSION WITH INTENT TO DISTRIBUTE 50 GRAMS OR MORE OF COCAINE BASE;
UNLAWFUL POSSESSION WITH INTENT TO DISTRIBUTE COCAINE;
UNLAWFUL DISTRIBUTION OF HEROIN;    UNLAWFUL DISTRIBUTION OF COCAINE BASE;
UNLAWFUL USE OF A COMMUNICATIONS FACILITY;
UNLAWFUL DESTRUCTION, ALTERATION OR CONCEALMENT OF RECORDS OR TANGIBLE OBJECTS IN FEDERAL INVESTIGATIONS;

**IN VIOLATION OF:** UNITED STATES CODE TITLE & SECTION:

21:846; 21:841(a)(1) and 841(b)(1)(B)(i); 21:841(a)(1) and 841(b)(1)(C); 21:841(a)(1) and 841(b)(1)(A)(iii); 21:841(a)(1) and 841(b)(1)(C); 21:841(a)(1) and 841(b)(1)(C);

| BAIL FIXED BY COURT: | OTHER CONDITIONS OF RELEASE: |
|---|---|
| | |

| ORDERED BY:<br>U.S. MAGISTRATE JUDGE KAY | SIGNATURE (JUDGE/MAGISTRATE JUDGE)<br>U.S. MAGISTRATE JUDGE ALAN KAY | DATE ISSUED:<br>8/23/06 |
|---|---|---|
| CLERK OF COURT:<br>Nancy Mayer-Whittington | BY DEPUTY CLERK<br>[signature] | DATE:<br>8/23/06 |

## RETURN

This warrant was received and executed with the arrest of the above-named person.

| DATE RECEIVED 8/23/06 | NAME AND TITLE OF ARRESTING OFFICER<br>Stephenie K. Owens<br>Deputy US Marshal | SIGNATURE OF ARRESTING OFFICER<br>[signature] |
|---|---|---|
| DATE EXECUTED 8/30/06 | | |
| HIDTA CASE:  Yes    No  X | | OCDETF CASE:  Yes    No  X |

813258