UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
FEB 1 9 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA, )
)
Plaintiff, )
)
v. ) Criminal Action No. 06-21 (RBW)
)
CINQUAN BLAKNEY, et al., )
)
Defendants. )

## ORDER

To facilitate the efficient administration of this case, it is

**ORDERED** that the status hearing in this case currently scheduled for February 19, 2008, at 4:30 p.m. is rescheduled for February 29, 2008, at 2:00 p.m. It is further

**ORDERED** that the parties shall present their arguments, if any, with respect to the following matters at the status hearing described above: (1) the Motion for Discovery and Production of Documents filed by Cinquan Blakney and joined by Tristan Sellers (D.E. No. 89, filed Sept. 20, 2007), (2) the Motion to Reveal the Identity of the Informant(s) and the Basis of Their Reliability filed by Cinquan Blakney and joined by Tristan Sellers and Ralph Ingram (D.E. No. 92, filed Sept. 20, 2007), (3) the Defendant's Motion in Limine for an Order Directing the Government to Timely Provide Impeachment Evidence As to All Out-of-Court Declarants filed by Sean Blakney and joined by Tristan Sellers and Ralph Ingram (D.E. No. 100, filed Oct. 12, 2007), (4) the Motion for Disclosure of Brady/Giglio Information and Motion for Early

1

Production of <u>Jencks</u> Material filed by India Graves and joined by Tristan Sellers and Ralph Ingram (D.E. No. 111, filed Oct. 24, 2007), and (5) the Motion to Identify Witnesses with Juvenile Adjudications and Pending Juvenile Proceedings and to Inspect Juvenile Files Pursuant to <u>Davis v. Alaska</u> filed by India Graves and joined by Tristan Sellers, Ralph Ingram, and Sean Blakney (D.E. No. 112, filed Oct. 24, 2007). It is further

**ORDERED** that all other pending motions in this case shall be heard at the pre-trial motions hearing to be held at a later date.

**SO ORDERED** this 15th day of February, 2008.

_____
REGGIE B. WALTON
United States District Judge