UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES | : |
| v. | : Criminal No. 06-21 (RBW) |
| DONOVAN BOSTICK | : |

## MOTION TO SUBSTITUTE COUNSEL

COMES NOW Donovan Bostick, through undersigned counsel, and in support of his Motion to Substitute Counsel, states as follows:

1. Defendant is charged with Conspiracy to Distribute Controlled Substances.

2. His trial was previously set for March 11, 2008.

3. His new trial is now set for February 9, 2009, almost one year from today.

4. Counsel is scheduled to begin another major federal trial in September of this year.

5. That trial will last for months, and although it is likely to end before this trial begins, given the already-lengthy delay in bringing this case to trial, counsel cannot, in good conscience, risk the defendant's further detention because of the need to postpone this case once again if counsel is in the September, 2008 trial.

6. Counsel has spoken about this issue with the defendant, and the defendant agrees with undersigned counsel that an attorney without any realistic potential for a conflict in dates should take over this case.

7. Attorney Gregory Smith is an attorney who not only does not have any conflict with the trial date in this case, but who is not conflicted out of the case for any reason.

8. Attorney Gregory Smith formerly worked as an Assistant Federal Public Defender in Atlanta, Georgia for a period of ten years.

9. He then worked for a firm, primarily representing individuals charged with White Collar offenses.

10. Most recently Mr. Smith worked as an attorney for the Senate Judiciary Committee.

11. Defendant Bostick has met Mr. Smith, and is in agreement with this motion requesting substitution of attorney Smith for attorney Brennwald.

WHEREFORE, for the foregoing reasons, as well as for such other reasons as may appear to this Court, Defendant prays that the Court grant this motion.

Respectfully submitted,

/s/

Stephen F. Brennwald
Brennwald & Robertson, LLP
922 Pennsylvania Avenue, S.E.
Washington, D.C. 20003
(202) 544-1990

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing Motion to Substitute Counsel has been delivered electronically, this 18th day of March, 2008, to all counsel of record in this matter.

/s/

Stephen F. Brennwald

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES | : |
| vi. | : Criminal No. 06-21 (RBW) |
| DONOVAN BOSTICK | : |

**<u>ORDER</u>**

Upon consideration of Defendant's Motion to Substitute Counsel, it is, this      day of March, 2008, hereby

ORDERED, that Gregory Smith is substituted as counsel for Donovan Bostick, replacing Stephen F. Brennwald as counsel.

_____
Reggie B. Walton
United States District Judge