UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES | : |
| v. | : Criminal No. 06-21 (RBW) |
| DONOVAN BOSTICK | : |

### AMENDED MOTION TO SUBSTITUTE COUNSEL

COMES NOW Donovan Bostick, through undersigned counsel, and in support of his Amended Motion to Substitute Counsel, states as follows:

1. Defendant incorporates herein the facts included in his initial Motion to Substitute Counsel.

2. Current counsel for Defendant Bostick, pursuant to Local Rule 44.5(d), hereby certifies that a copy of this motion is being given to the defendant for his records. As stated before, Defendant Bostick consents to this motion.

3. Finally, because current counsel was appointed pursuant to the Criminal Justice Act, Defendant asks this Court to appoint Gregory Smith pursuant to the Criminal Justice Act as well.

WHEREFORE, for the foregoing reasons, as well as for such other reasons as may appear to this Court, Defendant prays that the Court grant this motion.

Respectfully submitted,

/s/

Stephen F. Brennwald
Brennwald & Robertson, LLP
922 Pennsylvania Avenue, S.E.
Washington, D.C. 20003
(202) 544-1990

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing Motion to Substitute Counsel has been delivered electronically, this 19th day of March, 2008, to all counsel of record in this matter.

/s/

Stephen F. Brennwald

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES | : |
| vi. | : Criminal No. 06-21 (RBW) |
| DONOVAN BOSTICK | : |

## **ORDER**

Upon consideration of Defendant's Amended Motion to Substitute Counsel, it is, this ___ day of March, 2008, hereby

ORDERED, that Gregory Smith is substituted as counsel for Donovan Bostick, replacing Stephen F. Brennwald as counsel; it is further

ORDERED, that attorney Gregory Smith is hereby appointed to represent Defendant Donovan Bostick pursuant to the Criminal Justice Act.

_____
Reggie B. Walton
United States District Judge