```
                                                                FILED
                                                              MAR 2 0 2008
        UNITED STATES DISTRICT COURT
        FOR THE DISTRICT OF COLUMBIA                      NANCY MAYER WHITTINGTON, CLERK
                                                             U.S. DISTRICT COURT
```

UNITED STATES                  :

vi.                            : Criminal No. 06-21 (RBW)—8

DONOVAN BOSTICK                :

### ORDER

Upon consideration of Defendant's Motion to Substitute Counsel, it is, this ___ day of March, 2008, hereby

ORDERED, that Gregory Smith is substituted as counsel for Donovan Bostick, replacing Stephen F. Brennwald as counsel.

March 19, 2008

Reggie B. Walton
United States District Judge