NOTICE OF APPEARANCE IN A CRIMINAL CASE

**CLERK'S OFFICE**
**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**
**WASHINGTON, D.C. 20001**

UNITED STATES OF AMERICA

vs.   Criminal Number 1:06-CR-21-RBW

Donovan Bostick
(Defendant)

TO:   NANCY MAYER-WHITTINGTON, CLERK

YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.

I AM APPEARING IN THIS ACTION AS:   (Please check one)

[■] CJA      [ ] RETAINED      [ ] FEDERAL PUBLIC DEFENDER

_____
(Signature)

PLEASE PRINT THE FOLLOWING INFORMATION:

Gregory Stuart Smith (DC Bar 472802)
(Attorney & Bar ID Number)

Gregory S. Smith, Attorney at Law
(Firm Name)

913 East Capitol Street, S.E.
(Street Address)

Washington, DC 20003
(City)   (State)   (Zip)

(202) 460-3381
(Telephone Number)