UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.   ) | CRIMINAL ACTION |
| ) | |
| DONOVAN BOSTICK ) | NO. 06-21 (RBW) |

ORDER

Upon consideration of Defendant Donovan Bostick's Motion for Leave to Allow his Substitute Appointed Counsel File Pretrial Motions, and for good cause shown, it is hereby,

**ORDERED** that Defendant Donovan Bostick's substitute appointed counsel is hereby granted leave to file pretrial motions on behalf of his client through April 30, 2008.

**SO ORDERED** this _____ day of _____, 2008.

_____
REGGIE B. WALTON
United States District Judge

1