| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>FOR THE DISTRICT OF COLUMBIA | FILED<br>APR 4 2008<br>NANCY MAYER WHITTINGTON, CLERK<br>U.S. DISTRICT COURT |

UNITED STATES OF AMERICA )
)
v. ) Criminal Action No. 06-21-08 (RBW)
)
DONOVAN BOSTICK, )
)
        Defendant. )

## ORDER

The Court having reviewed the Defendant Donovan Bostick's Motion for Leave to Allow His Substitute Appointed Counsel to File Pretrial Motions, and it appearing to the Court that there is good cause to grant the relief requested therein, it is

**ORDERED** that the defendant's motion is **GRANTED**. It is further

**ORDERED** that the defendant shall file any pre-trial motions in this case on or before April 30, 2008. It is further

**ORDERED** that the United States shall file its opposition or oppositions, if any, to any pre-trial motions filed by the defendant on or before May 30, 2008. It is further

**ORDERED** that the defendant shall file any reply memoranda in support of his pre-trial motions on or before June 16, 2008.

**SO ORDERED** this 4th day of April, 2008.

/s/ Reggie B. Walton
REGGIE B. WALTON
United States District Judge