UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CRIMINAL ACTION |
| ) | |
| DONOVAN BOSTICK ) | NO. 06-21-08 (RBW) |

**DEFENDANT DONOVAN BOSTICK'S FIRST MOTION TO
ADOPT AND CONFORM CO-DEFENDANTS' PRETRIAL MOTIONS**

NOW COMES Defendant DONOVAN BOSTICK, by and through undersigned counsel, and moves this Court to allow him to adopt and conform the **Renewed Motion to Dismiss Indictments on Speedy Trial Grounds, filed by Ralph Ingram (Docket #151).** If not already ordered, Mr. Bostick also asks to attend the April 18, 2008 hearing scheduled on that motion.

On April 4, 2008, this Court granted Mr. Bostick leave to file pre-trial motions through April 30, 2008 (Docket #156). While additional motions are anticipated, Mr. Bostick files this Motion to Adopt now because a hearing has been scheduled on Mr. Ingram's motion for April 18, 2008. Mr. Bostick wishes to join that motion, and rather than filing a separate speedy trial motion, Defendant Bostick files this Motion to Adopt to avoid redundancy in pleadings, in an effort to "secure simplicity in procedure and fairness in administration, and to and to eliminate unjustifiable expense and delay." Fed. R. Crim. P. 2. To the extent that this Court believes that additional facts or circumstances must be alleged as to Defendant Bostick's individualized situation before he can obtain relief which is similar to, or which parallels the relief Defendant Ingram seeks, Defendant Bostick seeks leave of court as necessary to conform the motion by particularizing and adding specific facts as necessary to warrant such relief.

1

Although the Government has filed a response (Docket #157) to Defendant Ingram's speedy trial motion, its brief appears to mistakenly believe that Defendant Ingram's motion is merely a recantation of his earlier, denied motion for dismissal under the Speedy Trial Act. While the Government's citation of 18 U.S.C. § 3161's statutory exceptions may provide a basis for excludable time under the Speedy Trial Act, the Government seems to ignore Mr. Ingram's separate and more compelling argument that the delays in this case now implicate the separate speedy trial rights guaranteed under the Sixth Amendment of the U.S. Constitution. With a scheduled trial date now contemplated more than three years after this criminal action was first begun, those constitutional concerns have ripened, and Defendant Bostick seeks leave to join in Mr. Ingram's challenge.

WHEREFORE, Defendant prays that this motion be granted.

Respectfully submitted,

_____/s/_____
Gregory S. Smith
D.C. Bar No. 472802
913 East Capitol Street, S.E.
Washington, D.C. 20003
(202) 460-3381


CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing DEFENDANT DONOVAN BOSTICK'S FIRST MOTION TO ADOPT AND CONFORM CO-DEFENDANTS' PRETRIAL MOTIONS is being served upon the United States, through Assistant United States Attorneys Anthony Scarpelli and George Eliopoulos, as well as upon counsel for each of Mr. Bostick's co-defendants, through the Electronic Case Filing system. This 11TH day of April, 2008.

_____/s/_____
Gregory S. Smith

2