UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CRIMINAL ACTION |
| ) | |
| DONOVAN BOSTICK ) | NO. 06-21-08 (RBW) |

ORDER

Upon consideration of Defendant Donovan Bostick's First Motion to Adopt and Conform Co-Defendants' Pretrial Motions, and for good cause shown, it is hereby,

**ORDERED** that the defendant's motion is **GRANTED**. It is further

**ORDERED** that Defendant Bostick shall personally appear before this Court on April 18, 2008, at 11:15 a.m. for a hearing on the adopted motion.

**SO ORDERED** this _____ day of _____, 2008.

_____
REGGIE B. WALTON
United States District Judge

1