UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CRIMINAL ACTION |
| ) | |
| DONOVAN BOSTICK ) | NO. 06-21-08 (RBW) |
| ) | |

ORDER

Upon consideration of Defendant Donovan Bostick's Motion to Sever Defendants for Trial, and for good cause shown, it is hereby,

**ORDERED** that the defendant's motion is **GRANTED.** It is further

**ORDERED** that this Court will hold a separate trial in this case for Defendant Bostick [and Kevin Morris]. All previously scheduled trial and hearing dates, established at the February 27, 2008 status conference, shall remain in effect for all of the other co-defendants. It is further

**ORDERED** that a hearing will be held on _____, 2008, at _____.m., to resolve any pretrial motions filed by Defendant Bostick [and Kevin Morris]. It is further

**ORDERED** that the separate Bostick [and Morris] trial is rescheduled to begin in this Court on _____, 2008, at _____.m. [or: Counsel for the United States of America and defense counsel are hereby directed to consult and advise this Court within 10 days of at least three mutually-acceptable proposed trial dates for the severed trial].

**SO ORDERED** this ____ day of _____, 2008.

_____
REGGIE B. WALTON
United States District Judge

1