UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
APR 1 6 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA )
)
v. ) Criminal Action No. 06-21-08 (RBW)
)
DONOVAN BOSTICK, )
)
Defendant. )
)
)

## ORDER

The Court having reviewed Defendant Donovan Bostick's First Motion to Adopt and Conform Co-Defendants' Pretrial Motions, and it appearing to the Court that there is good cause to grant the defendant's request for adoption of the renewed motion to dismiss filed by Ralph Ingram, one of the co-defendants in this criminal proceeding, it is

**ORDERED** that the motion is **GRANTED**. It is further

**ORDERED** that the Clerk of the Court shall set the renewed motion to dismiss adopted by the defendant pursuant to this order for hearing on April 18, 2008, at 11:15 a.m.

**SO ORDERED** this 15th day of April, 2008.

REGGIE B. WALTON
United States District Judge