UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

APR 2 3 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| UNITED STATES OF AMERICA | )<br>)<br>) |
| v. | ) Criminal Action No. 06-21 (RBW) |
| CINQUAN BLAKNEY, et al., | )<br>)<br>) |
| Defendants. | )<br>)<br>) |

### ORDER

It is

**ORDERED** that the Renewed Motion to Dismiss Indictments on Speedy Trial Grounds filed by Ralph Ingram and joined in by Donovan Bostick and the pro se motion for a new attorney filed by Tristan Sellers are **CONTINUED** to May 2, 2008, at 4:00 p.m.

**SO ORDERED** this 17th day of April, 2008.

_____
REGGIE B. WALTON
United States District Judge