UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CRIMINAL ACTION |
| ) | |
| DONOVAN BOSTICK ) | NO. 06-21-08 (RBW) |

**DEFENDANT DONOVAN BOSTICK'S SECOND MOTION TO
ADOPT AND CONFORM CO-DEFENDANTS' PRETRIAL MOTIONS**

NOW COMES Defendant DONOVAN BOSTICK, by and through undersigned counsel, and moves this Court for leave to adopt and conform the following additional motions filed on behalf of his co-defendants in this case:

1. Motion for Notice of Intent to Introduce Uncharged Misconduct and Prior Convictions Under Fed. R. Crim. P. 404(b), filed by Cinquan Blakney (Docket #87).

2. Motion to Compel Disclosure of Information Regarding Confidential Informants, Witnesses, Special Employees and Cooperating Criminals, filed by Cinquan Blakney (Docket #s 88 & 93).

3. Motion for Discovery and Production of Documents, filed by Cinquan Blakney (Docket #89).

4. Motion to Preserve Notes, Reports and Evidence, filed by Cinquan Blakney (Docket #91).

5. Motion to Reveal the Identity of the Informant(s) and the Basis of Their Reliability, filed by Cinquan Blakney (Docket #92).

6. Motion for a Bill of Particulars and Memorandum of Law in Support Thereof, filed by India Graves (Docket #94).

1

7. Motion *in Limine* for an Order Directing the Government to Timely Provide Impeachment Evidence as to All Out-of-Court Declarants, filed by Sean Blakney (Docket #100).

8. Motion for Suppression of Communications Unlawfully Intercepted and Evidence Derived from Illegal Electronic Surveillance, filed by Kevin Morris (Docket #103).

9. Motion to Suppress Evidence (Wire Intercept and Search), filed by Ralph Ingram (Docket #105).

10. Motion to Exclude Cooperating Witness Testimony and Request for a Reliability Hearing, filed by India Graves (Docket #s 107 & 109).

11. Motion for Disclosure of *Brady/Giglio* Information and Motion for Early Production of *Jencks* Material and Memorandum of Points and Authorities in Support Thereof, filed by India Graves (Docket #111).

12. Motion to Identify Witnesses with Juvenile Adjudications and Pending Juvenile Proceedings and to Inspect Juvenile Files Pursuant to *Davis v. Alaska* and Incorporated Memorandum of Points and Authorities, filed by India Graves (Docket #112).

13. Motion to Exclude Witnesses Prior to and During the Trial of this Case and to Disclose All Instances Where Witnesses Were Interviewed Jointly, filed by India Graves (Docket #113).

14. Motion in Limine Regarding the Testimony of Law Enforcement Personnel, filed by Cinquan Blakney (Docket #121).

15. Motion for Rule on Witnesses and Disclosure of Movement, filed by Cinquan Blakney (Docket #122).

16. Motion to Suppress Introduction of the Fruits of the Search from 2101 Ridgecrest Court, filed by Cinquan Blakney (Docket #123).

17. Motion to Suppress the Audio Recordings Procured Pursuant to Title III of the Omnibus Crime Control and Safe Streets Act of 1968 and Request for a *Franks* Hearing, filed by Cinquan Blakney (Docket #124).

This motion to adopt is designed to avoid redundancy in pleadings, in an effort to "secure simplicity in procedure and fairness in administration, and to and to eliminate unjustifiable expense and delay." Fed. R. Crim. P. 2. To the extent that this Court believes that additional facts or circumstances must be alleged as to Mr. Bostick's individualized situation before he can obtain relief that is similar to or that parallels what his co-defendants are seeking in these motions, Mr. Bostick also seeks leave of court as necessary to conform the co-defendants' motions, by particularizing them and adding specific facts as necessary to warrant such relief.

The above-listed motions represent all of the motions received by undersigned counsel as of the date of this filing that he wishes to adopt at this time on behalf of Defendant Donovan Bostick. For any additional motions received by undersigned counsel after the filing of this motion, or if additional facts and circumstances are revealed or discovered, or for other good cause shown, undersigned counsel reserves the right, with leave of court, to identify additional motions that he may wish to adopt or conform on behalf of Defendant Donovan Bostick.

While Defendant Bostick seeks to adopt the motions listed in this motion and in his First Motion to Adopt (Docket #158), previously filed, he hereby waives and disavows any of those motions' requests for evidentiary hearings. On all outstanding pretrial matters, Defendant Bostick requests a prompt disposition of his motions within 30 days, as contemplated under 18

U.S.C. § 3161(h)(1)(F) & (J), and reiterates his demand for severance of defendants if necessary to effectuate his speedy trial rights, both under the Speedy Trial Act and the U.S. Constitution.

WHEREFORE, Defendant prays that this motion be granted.

Respectfully submitted,

/s/
Gregory S. Smith
D.C. Bar No. 472802
913 East Capitol Street, S.E.
Washington, D.C. 20003
(202) 460-3381

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing DEFENDANT DONOVAN BOSTICK'S SECOND MOTION TO ADOPT AND CONFORM CO-DEFENDANTS' PRETRIAL MOTIONS is being served upon the United States, through Assistant United States Attorneys Anthony Scarpelli and George Eliopoulos, as well as upon counsel for each of Mr. Bostick's co-defendants, through the Electronic Case Filing system. This 30th of April, 2008.

/s/
Gregory S. Smith