UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>DONOVAN BOSTICK )<br>) | CRIMINAL ACTION<br><br>NO. 06-21-08 (RBW) |

ORDER

Upon consideration of Defendant Donovan Bostick's Second Motion to Adopt and Conform Co-Defendants' Pretrial Motions, and for good cause shown, it is hereby,

**ORDERED** that the defendant's motion is **GRANTED.**

**SO ORDERED** this _____ day of _____, 2008.

_____
REGGIE B. WALTON
United States District Judge