UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CRIMINAL ACTION |
| ) | |
| DONOVAN BOSTICK ) | NO. 06-21-08 (RBW) |

## ORDER

Upon consideration of Defendant Bostick's Motion for Pretrial Discovery, and after consideration of the government's response thereto and the entire record in this matter, and for good cause shown, it is hereby

**ORDERED** that the defendant's motion is granted, and that the Government shall produce the requested discovery within 30 days of this Order, except for Jencks Act materials, which shall be produced to the defendant prior to the jury selection in this case.

**SO ORDERED** this _____ day of _____, 2008.

_____
REGGIE B. WALTON
United States District Judge

1