UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.                                    )<br>)<br>DONOVAN BOSTICK              )<br>) | CRIMINAL ACTION<br><br>NO. 06-21-08 (RBW) |

## ORDER

Upon consideration of Defendant Bostick's Motion for Notice by the Government of its Intent to use Evidence Arguably Subject To Suppression, and after consideration of the government's response thereto and the entire record in this matter, and for good cause shown, it is hereby

**ORDERED** that the defendant's motion is granted. It is further

**ORDERED** that the Government shall exercise due diligence in locating any oral or written statements of the defendant within its possession, custody and control, and if any are located, shall disclose same to the defendant, absent some further relief from this Court. If the Government believes any such disclosure is unwarranted, it may seek such relief by submitting the defendant's statement to the court in camera, with notice to the defendant, so that a determination of discoverability can be made by this Court, with the issue preserved for appeal.

**SO ORDERED** this _____ day of _____, 2008.


_____
REGGIE B. WALTON
United States District Judge

1