UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br> ) <br> v. ) <br> ) <br> DONOVAN BOSTICK ) <br> ) | CRIMINAL ACTION <br><br> NO. 06-21-08 (RBW) |

## ORDER

Upon consideration of defendant's Motion for Advance Notice and Exclusion of Co-Conspirator Statements and Hearsay, and after consideration of the government's response thereto and the entire record in this matter, and for good cause shown, it is hereby

**ORDERED** that the government shall provide notice to the defendant, at least 10 days in advance of trial, of all the co-conspirator statements it will offer at trial as admissible pursuant to Fed. R. Crim. P. 801(d)(2)(E), and any hearsay evidence that it will offer at trial as admissible pursuant to Fed. R. Evid. 807. It is further

**ORDERED** that after this notice is received, the defendant may file a motion in limine, seeking to exclude any or all such evidence at trial. If any such motion is filed by the defendant, the Government shall refrain from introducing or referring to any such evidence at trial until this Court rules on the defendant's motion.

**SO ORDERED** this _____ day of _____, 2008.

_____
REGGIE B. WALTON
United States District Judge

1