UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CRIMINAL ACTION |
| ) | |
| DONOVAN BOSTICK ) | NO. 06-21-08 (RBW) |

**DEFENDANT BOSTICK'S MOTION TO INSPECT PHYSICAL EVIDENCE
AND ALLOW DEFENSE TESTING OF CONTROLLED SUBSTANCES**

NOW COMES Defendant DONOVAN BOSTICK, by and through undersigned counsel, and pursuant to Fed. R. Crim. P. 16(a)(1)(C), moves this Court to permit the inspection of the Government's physical evidence, and specifically to allow a defense expert to test the suspected controlled substances in this case. In support thereof, Mr. Bostick states as follows:

1.

Mr. Bostick has been charged as one of eight co-defendants in a 115-count superseding indictment. Mr. Bostick is charged in 7 of the 115 counts. Count 1 of the indictment charges all eight defendants with a far-flung drug conspiracy that allegedly encompassed more than 1 kilogram of heroin, more than 5 kilograms of cocaine, more than 50 grams of cocaine base, more than 1 kilogram of PCP, and an unspecified but detectable amount of marijuana. Counts 110-115 charge Mr. Bostick individually with "distribution of a mixture and substance containing a detectable amount of cocaine base, in the form of 'crack'," on three separate occasions between October 16 and 20, 2005, as well as related telephone counts.

1

2.

Mr. Bostick has a right to test the evidence against him, and to independently verify and determine the quantities and types of all controlled substances seized, to determine, for example, if substances seized on October 16-20, 2005 were, in fact, "cocaine base, in the form of 'crack'."

3.

Fed. R. Crim. P. 16(a)(1)(C) permits a defendant to inspect tangible objects, which are within the possession of the government, which are material to the preparation of an accused's defense or intended for use by the Government as evidence in chief at the trial, or which were obtained from or belong to the defendant. The substances sought to be inspected and tested by the defendant fit within one or more of these criteria of materiality, intended use, or place where obtained.

4.

Upon approval of this motion, Defendant Bostick will submit an ex parte request for the appointment of a chemist, and a procedure whereby the chemist can conduct tests on the suspect substances at a Government facility. See _Gaither v. United States_, 391 A.2d 1364 (D.C. App. 1978).

WHEREFORE, Defendant Bostick respectfully requests that this motion be granted.

Respectfully submitted,

_____/s/_____
Gregory S. Smith
D.C. Bar No. 472802
913 East Capitol Street, S.E.
Washington, D.C. 20003
(202) 460-3381

<u>CERTIFICATE OF SERVICE</u>

      I hereby certify that a copy of the foregoing DEFENDANT BOSTICK'S MOTION TO INSPECT PHYSICAL EVIDENCE AND ALLOW DEFENSE TESTING OF CONTROLLED SUBSTANCES is being served upon the United States, through Assistant United States Attorneys Anthony Scarpelli and George Eliopoulos, as well as upon counsel for each of Mr. Bostick's co-defendants, through the Electronic Case Filing system. This 30th day of April, 2008.

                                                    /s/
                                      Gregory S. Smith