UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| | ) | |
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL ACTION |
| | ) | |
| DONOVAN BOSTICK | ) | NO. 06-21 (RBW) |
| | ) | |

ORDER

Upon consideration of Defendant Bostick's Motion to Inspect Physical Evidence and

Allow Defense Testing of Controlled Substances, and for good cause shown, it is hereby,

**ORDERED** that the motion is granted.  It is further

**ORDERED** that Defendant Bostick's counsel shall submit within 15 days an *ex parte*

request for appointment of a chemist, and shall consult with Government counsel and submit a

proposed protocol under which the chemist can test the suspect substances at a Government

facility.

**SO ORDERED** this _____ day of _____, 2008.

_____

REGGIE B. WALTON
United States District Judge

1