UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA


| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CRIMINAL NO.  06-21-8 (RBW) |
| | : | |
| DONOVAN BOSTICK | : | |
| Defendants. | : | |


GOVERNMENT'S OPPOSITION TO DEFENDANT'S BOSTICK'S' SUPPLEMENTAL
BRIEF IN SUPPORT TO DISMISS ON  SPEEDY TRIAL GROUNDS

The United States of America, by and through its attorney, the United States Attorney for the

District of Columbia, hereby opposes Defendant's Supplemental Brief in Support of Motion to

Dismiss on Speedy Trial Grounds.  The government relies upon the points and authorities set out in

this memorandum and on other pleadings filed in this matter.

**Background**

On March 24, 2008, co-defendant Ralph Ingram filed a second motion to dismiss the

indictment on Speedy Trial grounds (Document 151).[1]  On April 7, 2008, the government filed an

opposition to Ingram's motion (Document 157).  On April 11, 2008, defendant Bostick adopted

Ingram's motion (Document 158).

On May 2, 2008, the Court heard oral argument on defendant Bostick's motion to dismiss

the indictment based on a violation of the Speedy Trial Act.  During argument, counsel for Bostick

raised for the first time that the government violated the Interstate Agreement on Detainers Act

(IAD), as set forth in 18 U.S.C. App. 2.  The Court permitted the parties to supplement their

---

[1]      Defendant Ingram pled guilty on April 29, 2008.

arguments in written form by May 7, 2008.

## Argument

The defendant concedes that "[i]f the government can definitively establish that no federal detainer was ever lodged against Mr. Bostick, the IADA would not apply." (Document 185). The undersigned has contacted the United States Marshal Service and was told that no detainer was ever lodged against the defendant. Therefore, as the defendant concedes, without a detainer lodged there is no IAD violation, and the defendant's argument fails.

WHEREFORE, for the reasons stated above, the United States respectfully submits that the Defendant's Bostick's Supplemental Brief in Support to Dismiss on Speedy Trial Grounds should be denied.

Respectfully submitted,


JEFFREY A. TAYLOR.
UNITED STATES ATTORNEY



Anthony Scarpelli
George Eliopoulos
Assistant United States Attorneys
Narcotics Section, D.C. No. 474711
555 4th Street, N.W.  #4816
Washington, DC 20530
Phone: 353-1679
anthony.scarpelli@usdoj.gov