UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED

MAY 7 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA )
)
v. ) CRIMINAL ACTION
)
DONOVAN BOSTICK ) NO. 06-21-08 (RBW)
)

ORDER

Upon consideration of Defendant Donovan Bostick's Second Motion to Adopt and Conform Co-Defendants' Pretrial Motions, and for good cause shown, it is hereby,

**ORDERED** that the defendant's motion is **GRANTED.**

**SO ORDERED** this 6th day of May, 2008.

_____
REGGIE B. WALTON
United States District Judge

1