UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
MAY 1 5 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA )
)
)
v. )  Criminal Action No. 06-21-08 (RBW)
)
DONOVAN BOSTICK, )
)
    Defendants. )
)
)

## ORDER

The Court having reviewed the Defendant Bostick's Supplemental Brief in Support of Motion to Dismiss on Speedy Trial Grounds and the opposition of the United States thereto, it is

**ORDERED** that the defendant and the United States shall appear before this Court for a further hearing on the defendant's motion on May 28, 2008, at 10:15 a.m.

**SO ORDERED** this 14th day of May, 2008.

_____
REGGIE B. WALTON
United States District Judge